

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00377-CV

Barbara Jean (Johnson) **BAKER**,
Appellant

v.

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29172
Honorable Bert Richardson, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  October 30, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal based on the parties' settlement.

Therefore, we grant the motion and dismiss the appeal with prejudice to the filing of any

subsequent appeals relating to the judgment in the underlying cause.  *See* TEX. R. APP. P. 42.1(a),

43.2(f).  Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM